# NO. 12-10-00102-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRUCE D. WILLIAMS,* *APPELLANT* | § | *APPEAL FROM THE 2ND* |
| *V.* | § | *DISTRICT COURT OF* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Bruce D. Williams, attempts to appeal from an order denying his motion to dismiss his court appointed counsel. As a general rule, an appeal in a criminal case may be taken only from a judgment of conviction. *See* **Workman v. State**, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (Tex. Crim. App.1961). However, there are certain narrow exceptions. **Wright v. State**, 969 S.W.2d 588, 589 (Tex. App.-Dallas 1998, no pet.) (listing exceptions). The order Appellant complains of is not a judgment of conviction nor does it fall within any exception to the general rule. Therefore, we have no jurisdiction over the appeals.

On April 9, 2010, this court notified Appellant that the information received in this appeal does not include a final judgment or other appealable order and therefore does not show the jurisdiction of this court. *See* TEX. R. APP. P. 37.2. Appellant was further notified that the appeal would be dismissed unless the information was amended on or before April 19, 2010 to show the jurisdiction of this court. *See* TEX. R. APP. P. 44 .3. This deadline has now passed, and Appellant has neither shown the jurisdiction of this court or otherwise responded to its April 9, 2010 notice. Accordingly, the appeal is *dismissed for want of jurisdiction*. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered April 28, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)